IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LARRY MARKER,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　　　　　　No. 2:22-cv-00784-KG-KRS

STATE OF NEW MEXICO,
OFFICE OF THE GOVERNOR,
OFFICE OF THE SECRETARY OF STATE, and
OFFICE OF THE ATTORNEY GENERAL,

    Defendants.

## FINAL JUDGMENT

    Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

    **IT IS ORDERED** that this case is **DISMISSED without prejudice.**

                                              **UNITED STATES DISTRICT JUDGE**